FILED

12/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0520

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0520

IN THE MATTER OF:

G.H.,

    Youth in Need of Care.

**ORDER GRANTING MOTION FOR
FIRST EXTENSION OF TIME**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant Mother is granted an extension of time until February 8, 2021, to prepare, serve, and file her Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 23 2020

Grant of Extension of Time

PAGE 1